IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AARON SETH TURNBOW ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-1154 |
| ) | |
| HILTON WORLDWIDE HOLDINGS, ) | |
| INC., et al. ) | |
| ) | |
|     Defendants. ) | |

**NOTICE OF SETTLEMENT**

COME NOW Plaintiff Aaron Seth Turnbow ("Plaintiff") and Defendant Hilton International LLC ("Defendants") (collectively "the Parties"), by and through counsel, and hereby advise the Court that the Parties have reached a settlement in this matter. A dismissal stipulation will be filed in short order.

Respectfully submitted,

/s/ Michael G. Phelan
_____
Michael G. Phelan, Esq., VSB 29725
Christopher P. Yakubisin, Esq., VSB 91186
Phelan Petty, PLC. 3315
West Broad Street
Richmond, VA 23230

Trent B. Speckhals, Esq.
Speckhals Law, P.C.
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
*Counsel for Plaintiff*

/s/ Michael L. Pivor

_____
Michael L. Pivor, Esq., VSB 75312
Kiernan Trebach LLP
1233 20th Street, N.W., Eighth Floor
Washington, D.C. 20036
*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2024, a true and accurate copy of the foregoing was served via ECF on the following:

Michael G. Phelan, Esq.
Christopher P. Yakubisin, Esq.
Phelan Petty, PLC. 3315 West Broad Street
Richmond, VA 23230

Trent B. Speckhals, Esq.
Speckhals Law, P.C.
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342

/s/ Michael L. Pivor
_____
Michael L. Pivor, Esq., VSB 75312